

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:          Melvin Lee Hightower v. The State of Texas

Appellate case number:      01-17-00714-CR

Trial court case number:     15-CR-0040

Trial court:                          212th District Court of Galveston County

Appellant's court-appointed counsel, Thomas A. Martin, filed a motion to withdraw and appellate brief, deemed filed on October 27, 2017, concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). On December 8, 2017, appellant, Melvin Lee Hightower, acting pro se, filed a pro se motion for access to the appellate record to prepare a response and also requests a 30-day extension of time to file his pro se *Anders* brief response. *See Kelly v. State*, 436 S.W.3d 313, 315, 318–20 (Tex. Crim. App. 2014).

Accordingly, the Court **grants** appellant's motion and **orders** the district clerk, no later than **10 days** from the date of this order, to provide a copy of the clerk's and reporter's records to the pro se appellant. The trial court clerk shall further certify to this Court, within **15 days** of the date of this order, the date upon which delivery of the records to the appellant is made.

Finally, we **grant** appellant's motion for an extension of time to file a pro se *Anders* response. Appellant's pro se response to his counsel's *Anders* brief shall be filed **within 45 days** of the date of this order.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                          ☑ Acting individually      ☐ Acting for the Court

Date: December 21, 2017